8/10/15

I am writing you this letter to find out about my eligibility for a sentencing reduction based on Amendment 782 to the federal Sentencing Guidelines. (Drug minus 2). I Been calling your office to speak with you, you're never there. Could you please get back to me and let me know if I'm eligible, How much time I'm eligible for and when your office will be filing this much. I will really appreciate it. Thank you for your time.

Sincerely,
Howard Pasham #17862-026

**FILED**

AUG 17 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHARLESTON WV 250

12 AUG 2015 PM 2 L

☞17862-026☜
Public Defenders Office
600 E Monroe ST
151 U.S Courthouse
Springfield, IL 62701
United States

Howard Purham 17862-026
F.C.I Beckley
Federal Correctional Inst.
P.O Box 350
Beaver, WV 25813